IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:09-cr-117-MEF |
| ) | |
| JOEL VERNARD THOUSSAINT ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendant's Objection to the Report and Recommendation of the Magistrate Judge (Doc. #33) filed on November 18, 2009 is overruled;

2. The Recommendation of the United States Magistrate Judge (Doc. #29) entered on November 5, 2009 is adopted;

3. The defendant's motion to suppress (Doc. #17) is DENIED.

DONE this the 4th day of February, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE